

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2017

No. 04-17-00550-CV

Norma **LOPEZ,**
Appellant

v.

**STAR VASCULAR LLC DBA STAR VASCULAR ACCESS CENTER,**
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-15308
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellant's brief was due on December 11, 2017. *See* TEX. R. APP. P. 38.6(a). Ten days later, Appellant filed a pro se motion for a twenty-day extension of time to file her brief. We construe her request as a twenty-day extension from the date of her motion.

Appellant's motion is GRANTED. Appellant's brief is due on January 10, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court